## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| JOHN ARTHUR STOCK ) | Case No. 17-10338-MER | |
| PATRICIA JEAN STOCK ) | Chapter 7 | |
| ) | | |
| Debtor(s) ) | | |
| ) | | |
| JARED WALTERS ) | Adversary Proceeding No. | |
| Chapter 7 Trustee, ) | 17-01396-MER | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| JARED MASTROIANNI ) | | |
| ) | | |
| Defendant ) | | |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Michael E. Romero, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby:

ORDERED that JUDGMENT shall enter in favor of the Trustee and against Defendant Jared Mastroianni as to the Trustee's claims for relief, (a) awarding the Trustee actual damages incurred as a result of the Defendant's violation of the automatic stay, $35,000.00, pursuant to 11 U.S.C. § 362(k); (b) awarding Trustee costs and attorney fees pursuant to 11 U.S.C. § 362(k); (c) awarding him three times the amount of the actual damages sustained by him, $105,000.00, pursuant to C.R.S. § 18-4-405; (d) awarding Trustee costs and attorney fees incurred bringing the within action pursuant to C.R.S. § 18-4-405; (e) avoiding the transfer of the Corvette to the Defendant pursuant to 11 U.S.C. § 549; (f) authorizing, pursuant to 11 U.S.C. § 550(a), the recovery of the value the Corvette, $35,000.00, from Defendant and (g) awarding the Trustee the amount of the filing fee for the adversary proceeding, $350.00.

DATED: December 20, 2017

APPROVED BY THE COURT:    FOR THE COURT:

_____    _____
The Honorable Michael E. Romero    Deputy Clerk
United States Bankruptcy Judge